IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JERRY LAMBERT**                                                                                      **PLAINTIFF**

v.                                          **5:06CV00227-WRW**

**CITY OF PINE BLUFF, ARKANSAS**                                                   **DEFENDANT**

### ORDER

Pending is Plaintiff's *Pro Se* Motion for a Default Judgment (Doc. No. 29). By Order granted on December 28, 2006 (Doc. No. 27), Plaintiff was granted leave to file an Amended Complaint. Although the Amended Complaint has not been filed, Plaintiff now asks for a default judgment because Defendant has not answered the Amended Complaint. Because there is no basis for a judgment against Defendant, Plaintiff's Motion is DENIED. Plaintiff is ordered to file his Amended Complaint by Wednesday, February 28, 2007.

IT IS SO ORDERED this 15th day of February, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE