# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JERRY LAMBERT**                                                          **PLAINTIFF**

    **vi.**                       **CASE NO. 5:06CV00227WRW**

**THE CITY OF PINE BLUFF, ARKANSAS;**
**A Public body Corporate and Politic,**
**CARL A. REDUS, JR., In His Individual**
**And Official Capacity as mayor for**
**The City of Pine Bluff, Arkansas; DANIEL**
**MOSES, In His Individual and Official Capacity**
**As Chief of Police for the Pine Bluff Police**
**Department, TONY R. TERRAL, In His Individual**
**and Official Capacity as Deputy Chief for the Pine Bluff**
**Police Department**                                              **DEFENDANTS**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 0 2007

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

## ORDER

    Before the Court is a joint motion to dismiss with prejudice by the parties. The Court being

fully advised and in consideration of the parties' motion, the Court finds the motion is made for

good cause and is hereby GRANTED.

    It is so Ordered that this case be and hereby is DISMISSED WITH PREJUDICE this

_10th_ day of _December_, 2007.


_____
The Hon. Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE